IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD DWANE GIBBONS,

    Plaintiff,                                        No. 2:10-cv-02880 KJN PS

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.                                      <u>ORDER</u>

/

       On December 1, 2010, the court entered an order requiring plaintiff, who is proceeding without counsel and in forma pauperis, to show cause why he had not filed a statement reflecting his submission of the appropriate service documents to the United States Marshal. On December 7, 2010, plaintiff filed a response to the order to show cause and a certificate of service reflecting that he submitted the appropriate service documents to the United States Marshal on November 12, 2010. (Dkt. Nos. 8, 9.) Accordingly, IT IS HEREBY ORDERED that the order to show cause entered December 1, 2010 (Dkt. No. 7), is discharged.

       IT IS SO ORDERED.

DATED: December 9, 2010

                                                      _____
                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE